UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x Civil Action No.: CV-05-827 (DLI)(VVP)

UNITED STATES OF AMERICA,  §
 §
        Plaintiff,  §
 - against-  §
 §
MICHAEL BUNCH,  §
 §
        Defendant.  §
---------------------------------------------------------x

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JUN 3 0 2005 ★

BROOKLYN OFFICE

## DEFAULT JUDGMENT

Because Michael Bunch failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Michael Bunch:

**Claim No. C-103929W**

| | |
|---|---|
| Principal Balance: | $2,683.05 |
| Total Interest Accrued at 8.000%: | $3,163.55 |
| Filing and Service of Process: | $280.00 |
| Subtotal: | $6,126.60 |
| Attorney's Fees: | $1,575.00 |
| Total Owed: | $7,701.60 |

Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York

June 28th, 2005

Dora L. Irizarry
United States District Judge